UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA ANN GROOM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. EDCV 17-1117 JC<br><br>JUDGMENT |

　　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: March 27, 2018

　　　　　　　　　　　　　　　　　　　 /s/
　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　 Honorable Jacqueline Chooljian
　　　　　　　　　　　　　　　　 UNITED STATES MAGISTRATE JUDGE